**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7409**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

JAMES A. BUTLER,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-91-44)

---

Submitted: January 9, 1997       Decided: January 23, 1997

---

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James A. Butler, Appellant Pro Se. Howard Crawford Vick, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reconsideration of the court's order denying his Fed. R. Crim. P. 41(e) motion. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Butler</u>, No. CR-91-44 (E.D. Va. Aug. 8, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2